IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLIE REA,<br><br>    Defendant. | 4:20CR3064<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 40), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (filing no. 40), will be held before the undersigned magistrate judge on April 5, 2021 at 1:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

3) Trial of this case is continued pending resolution of any pretrial motions filed.

February 25, 2021.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge