IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:20CR3064 |
| vs. | |
| CHARLIE REA, | **ORDER** |
| Defendant. | |

Defendant has moved to continue his deadline for filing objections to the findings and recommendation on his motion to suppress and to continue his trial, (Filing No. 60), because he needs the suppression hearing transcript to prepare his brief on the objections, and he is awaiting a Spanish to English translation of some of the government's trial evidence. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 60), is granted.

2) Any objections to the findings and recommendation on the motion to suppress shall be filed on or before July 26, 2021

3) The trial of this case is set to commence before the Honorable John M. Kopf, Senior United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on September 7, 2021, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and September 7, 2021, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right

to later claim the time should not have been excluded under the Speedy Trial Act.

June 22, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge