## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:20CR3064** |
| vs. | |
| CHARLIE REA, | **ORDER** |
| Defendant. | |

This case is set for trial on October 25, 2021. Because I am suffering from some health problems, I am no longer trying most jury trials. Therefore,

IT IS ORDERED that the above-captioned case is reassigned from the undersigned to District Judge John M. Gerrard for disposition. Magistrate Judge Cheryl R. Zwart will remain assigned to the case.

Dated this 28th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge