IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3064 |
| vs. | |
| CHARLIE REA, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The petition for action on conditions of pretrial release (filing 89) is dismissed as moot.

2. The arrest warrant (filing 90) issued on April 20, 2022 is recalled.

3. The Clerk of the Court shall provide a copy of this order to the United States Marshal.

Dated this 31st day of October, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge