IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CHARLIE REA,<br><br>      Defendant. | 4:20-CR-3064<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court on the government's Motion for Final Order of Forfeiture (filing 126). On July 29, 2022, the Court entered a Preliminary Order of Forfeiture (filing 105) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to conspiring to distribute methamphetamine and possess fentanyl and cocaine with intent to distribute them, in violation of 21 U.S.C. § 841, and his decision not to contest the forfeiture allegation contained in the information. By way of the preliminary order of forfeiture, the defendant's interest in a 2013 Toyota Sienna, VIN 5TDDK3DCXDS061179. was forfeited to the United States. Filing 105.

  As directed by the order, a Notice of Criminal Forfeiture was posted beginning on July 30, 2022, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 111) was filed on October 6, 2022. Claimant Mayanin Acalco was also served by certified mail with the preliminary order of forfeiture, and filed a claim alleging ownership of the property. Filing 109; *see* filing 126. The government has provided evidence, however, that the claimant has decided for various reasons to abandon her claim to the property. *See* filing 126-1. The claimant was also provided with notice of the government's motion for final order of forfeiture, and the government's evidence that the claim has been

abandoned, and has not responded in opposition to the government's motion. *See* filing 126 at 2; NECrimR 12.3(c)(1); NECrimR 45.1; Fed. R. Crim. P. 45(c).

The Court agrees with the government that the claimant's motion for disposition of the seized property has been withdrawn. The Court has been advised by the government that no other petitions have been filed, and from a review of the Court file, the Court finds no other petitions have been filed.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (filing 126) is granted.

2. The claimant's motion for disposition of seized property (filing 109) is withdrawn.

3. All right, title, and interest in and to the 2013 Toyota Sienna, VIN 5TDDK3DCXDS061179, held by any person or entity are forever barred and foreclosed.

4. The property is forfeited to the government.

5. The government is directed to dispose of the property in accordance with law.

Dated this 17th day of March, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge